**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

DAVID HOLLOWAY,

Plaintiff,

v.                                              Civil Action No.: _____

OFFICER NEWMAN BRAZIER,

in his individual capacity,

Defendant.

**COMPLAINT**

**I. JURISDICTION AND VENUE**

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983, for violations of Plaintiff's rights secured by the Fourth Amendment.

2. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in the Southern District of Alabama under 28 U.S.C. § 1391(b).

## II. PARTIES

4. Plaintiff David Holloway is an adult resident of Mobile County, Alabama.

5. Defendant Officer Newman Brazier was, at all relevant times, a law-enforcement officer acting under color of state law and is sued in his individual capacity.

## III. FACTUAL ALLEGATIONS

6. On or around May 10, 2025, Plaintiff was taken into police custody in Mobile County, Alabama.

7. Plaintiff was handcuffed and not actively resisting at the time force was used.

8. Officer Brazier deployed his Taser on Plaintiff while Plaintiff was handcuffed.

9. Officer Brazier pepper sprayed Plaintiff while Plaintiff was handcuffed, shackled, and locked inside a jail cell.

10. Officer Brazier dragged Plaintiff across the floor on his back while Plaintiff was handcuffed and shackled.

11. Plaintiff was not actively resisting and posed no threat.

12. Officer Brazier's uses of force were punitive, malicious, and objectively unreasonable.

### IV. CAUSE OF ACTION – 42 U.S.C. § 1983 (Excessive Force)

13. Defendant used excessive force in violation of the Fourth Amendment.

14. Defendant acted willfully, maliciously, and in reckless disregard of Plaintiff's rights.

15. Plaintiff suffered physical pain, injuries, emotional distress, and other damages.

### PRAYER FOR RELIEF

Plaintiff respectfully requests:

a. Compensatory damages;

b. Punitive damages;

c. Attorney's fees and costs under 42 U.S.C. § 1988;

d. All other relief the Court deems just.

### JURY DEMAND

Plaintiff demands a trial by jury.


Respectfully submitted,

THE JUSTICE LAW FIRM, LLC
505 20th Street N., Suite 1220-1157
Birmingham, AL 35203
(205) 983-2017
Ramon.Martin@LegalJusticeMatters.com

/s/ Ramon Martin
Ramon Martin
Attorney for Plaintiff

THE SULLIVAN LAW FIRM, LLC
555A Iroquis Street
Chickasaw, AL 36611
(251) 268-9292
SullivanLue79@gmail.com
ESullivan2007@gmail.com

/s/ Lue Sullivan
Lue Sullivan

/s/ Eucellis Sullivan
Eucellis Sullivan